**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6728**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES ALBERT BROWN,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Dennis W. Shedd, District Judge.
(CR-95-443)

---

Submitted: September 21, 1999      Decided: September 30, 1999

---

Before MURNAGHAN, HAMILTON, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

James Albert Brown, Appellant Pro Se. Henry Douglas Knight, Jr.,
Assistant United States Attorney, Columbia, South Carolina, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Albert Brown appeals the district court's order granting the Government's motion for payment of restrained funds to defray legal expenses associated with his criminal trial. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>United States v. Brown</u>, No. CR-95-443 (D.S.C. May 7, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>